# First District Court of Appeal
## State of Florida

_____

No. 1D2022-3191

_____

Amarion Dewayne Meeks,

Appellant,

v.

State of Florida,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
J. Lee Marsh, Judge.

November 4, 2024

Per Curiam.

Affirmed.

Lewis, Roberts, and Ray, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, and Richard M. Bracey, III, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Benjamin L. Hoffman, Assistant Attorney General, Tallahassee, for Appellee.